

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00649-CR

Kyle Dean **KUYKENDALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15-684
Honorable Rex Emerson, Judge Presiding

## O R D E R

The trial court filed a certification in which it states that this "is a plea-bargain case, and the defendant has NO right of appeal." We ordered the trial court clerk to file a condensed clerk's record to allow this court to determine whether the trial court's certification is accurate. Based on the clerk's record filed by the trial court clerk, we cannot make this determination. Accordingly, we **ORDER** the court reporter, Paula Beaver, to file the reporter's record in this court on or before **October 16, 2018**.

All other appellate deadlines are suspended pending further order of this court. We **order** the clerk of this court to serve a copy of this order on the trial court, all counsel, the trial court clerk, and the court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court